**Motion Denied; Order filed August 27, 2015.**



InThe

# Fourteenth Court of Appeals

### NO. 14-13-00094-CV

### JAMES STEARNS, Appellant

### V.

### LISA MARTENS AND STEARNS POOLS AND SPAS, INC., Appellees

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 09-DCV-169484**

## ORDER

Appellee Lisa Martens has filed a motion to dismiss this appeal from the trial court's final divorce decree. The court ordered that the motion would be taken with the case. In her motion, Lisa asks this court to dismiss this appeal because, according to Lisa, (1) appellant James (Jim) Stearns voluntarily accepted the benefits of the divorce decree in various ways and therefore Jim is estopped from challenging the decree on appeal; and (2) Jim is estopped from appealing the decree because he has unclean hands based on various alleged acts and omissions.

Lisa submitted evidence in support of her motion. Jim responded in opposition and submitted evidence in support of his position that he has not voluntarily accepted the benefits awarded to him in the divorce decree such that he is estopped from appealing this decree.

After considering Lisa's motion, Jim's response, the evidence submitted by the parties, and the parties' respective arguments, this court concludes that (1) Jim has not voluntarily accepted the benefits awarded to him in the divorce decree such that he is estopped from appealing this decree under *Carle v. Carle*, 234 S.W.2d 1002, 1004 (Tex. 1950) and its progeny; and (2) Jim is not estopped from appealing the divorce decree based upon the doctrine of unclean hands. Accordingly, Lisa's motion to dismiss the appeal is denied.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.